**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

WILLIAM S. HARRIS,

           Respondent

          v.

BOROUGH OF WEST HAZLETON AND
BOROUGH OF WEST HAZLETON POLICE
PENSION FUND,

          Petitioners

: No. 634 MAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 24th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.